255 So.2d 604

In re Michael Gary RENNOW, alias

v.

STATE.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

7 Div. 911.

Supreme Court of Alabama.

Dec. 2, 1971.

Rehearing Denied Dec. 30, 1971.

William J. Baxley, Atty. Gen., George L. Beck, Deputy Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for the State.

Parker, Wilkinson & Gwin, Birmingham, opposed.

BLOODWORTH, Justice.

Petition of the State by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Rennow, Alias v. State, 47 Ala.App. —, 255 So.2d 602.

Writ denied.

HEFLIN, C. J., and LAWSON, COLEMAN and McCALL, JJ., concur.